```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                              CRIMINAL CASE NO.

v.

                              1:14-cr-173-JEC-LTW

CRESENCIO JUAREZ RAMIRO,

    Defendant.

## **ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [6] recommending accepting defendant's plea of guilty tendered on May 14, 2014. No objections to the Report and Recommendation [6] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [6] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Information.

SO ORDERED, this 18th day of June, 2014.

                                                /s/ Julie E. Carnes
                                                JULIE E. CARNES
                                                CHIEF UNITED STATES DISTRICT JUDGE